# United States Court of Appeals
# for the Fifth Circuit

---

No. 25-30557
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

June 11, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

LANEYTHON T. IGNONT,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:23-CR-13-1

---

Before JONES, DUNCAN, and DOUGLAS, *Circuit Judges.*

PER CURIAM:[*]

Laneython T. Ignont pleaded guilty to conspiracy to possess with intent to distribute 50 grams or more of methamphetamine and possession of a firearm in furtherance of a drug trafficking offense. The district court sentenced him within the guidelines range to 300 months on the drug count

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-30557

and 60 consecutive months on the firearm count, for a total of 360 months of imprisonment.

For the first time on appeal, Ignont contends that the district court failed to adequately explain the sentence in light of his arguments for a downward variance. Reviewing this forfeited contention for plain error, we hold that Ignont has not shown an effect on his substantial rights. *See United States v. Mondragon-Santiago*, 564 F.3d 357, 360-61, 365 (5th Cir. 2009); *see also United States v. Castillo-Rubio*, 34 F.4th 404, 411 (5th Cir. 2022). In addition, we are unpersuaded by his contention that the within-guidelines sentence fails to account for certain factors and constitutes a clear error in judgment in balancing the sentencing factors. *See United States v. Koss*, 812 F.3d 460, 472 (5th Cir. 2016); *see also United States v. Campos-Maldonado*, 531 F.3d 337, 339 (5th Cir. 2008).

AFFIRMED.